FILED

2008 JAN 10 PM 12: 00

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER: 08-0036M

00 CR 1869L

PLAINTIFF(S)

v.

STEVEN RAY MARSHALL

DEFENDANT(S).

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

---

The above-named defendant was charged by: PROBATION VIOL. PETITION
in the SOUTHERN District of CALIF. on 1-6-05
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3606 3606
to wit: PROBATION VIOL.

A warrant for defendant's arrest was issued by: JUDGE LORENZ

Bond of $ NO BOND was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 1/10/08 _____, by

_____, Deputy Clerk.

_____     DANIEL DONDS
Signature of Agent           Print Name of Agent

USMS                         D.E.O
Agency                       Title

---

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT