FILED

2008 JAN 10 PM 12:00

CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER 08-0036M |
|---|---|
| v. | 00 CR 1869 L |
| STEVEN RAY MARSHALL  DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest  1/9/07   4:00   ☐ AM ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18/3606 - PROBATION VIOL.
3. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
5. Year of Birth:  1950
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district):   N/A
8. Date detainer placed on defendant:   N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____ )
10. Name of Pretrial Services Officer:   DUTY OFCR
11. Remarks (if any): _____

12. Date: 01/10/2008               13. Signature: _____
14. Name: DANIEL DONASU            15. Title: D.E.O.

CR-64 (07/05)                REPORT COMMENCING CRIMINAL ACTION