FID 839558

AO 442

# United States District Court

Fugitive Detainer

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Steven Ray Marshall

**WARRANT FOR ARREST**

**08 - 0036M**

CASE NUMBER: 00cr1869-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Steven Ray Marshall___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

Probation Violation

In violation of Title ___See Above___ United States Code, Section(s) _____

W. Samuel Hamrick, Jr.                       Clerk of the Court
Name of Issuing Officer                      Title of Issuing Officer

R. Chambers                                  1/6/05, San Diego, CA
Signature of Deputy                          Date and Location

Bail fixed at $ ___NO BAIL___  by  The Honorable M. James Lorenz
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |